1765.

NORWOOD
*v.*
FAIRSERVICE.

FAIRSERVICE
*v.*
NORWOOD.

Rec. 1766.
Fol. 7.

———◆———

## Pond *verf.* Medway. (1)

### (*About an Highway.*)

**R**ULED, on Argument, unanimouſly by all the 5 Judges, — That, on a Certiorari, no Evidence ſhould be admitted, but what came up in the

POND
*v.*
MEDWAY.

Rec. 1765.
Fol. 232.

On the Return of a Certiorari no Evidence is admiſſible dehors the Record.

_____

(2) The firſt judgment was reverſed on the review.

(1) In the MS. this cafe is entitled *Wrentham & Medway*. The petitioners were " John Pond of Wrentham and others."

1765.

POND
v.
MEDWAY.

the Cafe : (2) And the Council was not admitted to mention any Facts, but what appeared from the Record.

The Reaſon affigned by the Court was, that it would be Injuſtice to the Seſſions to judge on Matters which from the Record returned, did not appear to have been before them.

———————————

(2) S. P. *Rutland* v. *Worceſter*, 20 Pick. 78. *Per Curiam*, " When the record is before the Court upon the return of the writ, the Court will look only at the record." See 10 Met. 219.

